# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Bresee, | CASE NO. CV 15-08015-PCT-JAT |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Wells Fargo Bank, National Association d/b/a Wells Fargo Dealer Services; Steve Coury Ford, Lincoln-Mercury, Inc. d/b/a Steve Coury Ford Lincoln, and Steven and Julie Ann Coury, | |
| Defendants. | |

Upon stipulation of the parties (Doc. 89) and good cause showing,

IT IS ORDERED that this case is dismissed with prejudice, each party to bear its own costs and attorneys fees.

DATED this 25th day of April, 2016.

_____
James A. Teilborg
Senior United States District Judge